# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alex Kenneth White,<br><br>          Petitioner,<br><br>       v.<br><br>B. Cates,<br><br>          Respondent. | Case No. 2:22-cv-09308-DOC-LAL<br><br>**JUDGMENT** |

      Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 10, 2024

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE